IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL No. 3026<br><br>Master Docket No. 1:22-cv-00071 |
| **This Document Relates to:**<br><br>*Keosha Diggs, Individually and as Parent and General Guardian of K.B., a minor v. Abbott Laboratories, et al.* | Case No. 1:22-cv-05356<br><br>Hon. Rebecca R. Pallmeyer<br><br>**JURY DEMAND** |

**ABBOTT'S MOTION FOR SUMMARY JUDGMENT**

In accordance with the Court's May 15, 2025 Minute Entry (Dkt. 43), Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby move pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1 for summary judgment on all Counts in Plaintiff Keosha Diggs's Complaint. In support of its Motion, Abbott separately submits and incorporates by reference herein:

1. Abbott's Memorandum of Law in Support of Its Motion for Summary Judgment;

2. Abbott's Local Rule 56.1(a)(2) Statement of Material Facts in Support of Its Motion for Summary Judgment;

3. Exhibits to Abbott's Local Rule 56.1(a)(2) Statement of Material Facts in Support of Its Motion for Summary Judgment.

As demonstrated in the foregoing, there is no genuine dispute as to any material fact and Abbott is entitled to judgment as a matter of law on all counts.

WHEREFORE, Abbott respectfully requests that the Court enter an Order granting summary judgment in Abbott's favor on all counts and dismissing this action, and granting such other and further relief as the Court may deem just and appropriate.

Dated: June 2, 2025                                              Respectfully submitted,

/s/ Linda T. Coberly

James F. Hurst, P.C.
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2000
james.hurst@kirkland.com
LEAD COUNSEL

Stephen V. D'Amore
Linda T. Coberly
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
sdamore@winston.com
lcoberly@winston.com

*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Summary Judgment was served upon counsel of record on June 2, 2025 via the Court's electronic filing system.

        */s/ Linda T. Coberly*

*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*